**GT GreenbergTraurig**

Nicholas A. Corsano
Tel 212.801.9200
corsanon@gtlaw.com

November 12, 2024

**VIA ECF:**

Judge Stefan R. Underhill
United States District Court for the District of Connecticut
915 Lafayette Blvd.
Suite 411
Bridgeport, CT 06604

Re:   *Benjamin Fischman v. JPMorgan Chase Bank, N.A.*, Case No. 3:24-CV-00325-SRU—
Local Rule 83.1 Request for Excusal from Appearance at Future Proceedings

Dear Judge Underhill:

This Firm represents JPMorgan Chase Bank, N.A. ("Chase") in the above-captioned action. I am admitted to practice before this Court and appeared as counsel for Chase on March 11, 2024, when Chase filed a Notice of Removal of this action. *See* Doc. No. 1. On March 14, 2024, Chase moved for Sylvia E. Simson, a shareholder of my office, to appear *pro hac vice* in this action with my sponsorship. *See* Doc. No. 12. On March 15, 2024, the Court granted Chase's motion for Ms. Simson to appear *pro hac vice*. *See* Doc. No. 14. Ms. Simson is the lead attorney for Chase with respect to this action.

I write pursuant to Local Rule 83.1(e)(2) to request that I be excused from appearing at all future proceedings before the Court in this action, including the argument scheduled for November 14, 2024, on Chase's motion to dismiss the Amended Complaint, which Ms. Simson will appear for and argue. *See id.* ("[T]he sponsoring attorney may apply to be excused from attendance in Court and participation in other proceedings before the Court.").

I am available should the Court have any questions or require anything further in connection with this request and thank the Court for its consideration and attention to this matter.

Respectfully submitted,

*/s/ Nicholas A. Corsano*

Nicholas A. Corsano
Bar No. CT29529

CC (by ECF):        All Counsel of Record