UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
CIVIL STANDARD MINUTES

Date: **11/14/2024**
Case #: **3:24-cv-00325-SRU**
Honorable Judge: **Stefan R. Underhill**
Deputy Clerk: **J. Reis**

**BENJAMIN FISCHMAN**
Vs.
**JPMORGAN CHASE BANK, NA**

Counsel for Pla(s): **Matthew S. Carlone**
Counsel for Dft(s): **Sylvia E. Simson & Ryan Sirianni**

Start Time: **3:29 PM**    End Time: **4:06 PM**
Reporter/ECRO/Courtsmart: **Corinne Thomas**
Recess (if more than ½ hr) ___ to ___
Interpreter: **NA**    Language: **NA**
Total Time ___ hour(s) **37** minute(s)
Hearing held: ☒ in person  ☐ by video  ☐ by telephone

**HEARING AND TIME**

- ■ Motion/Oral Argument
- ☐ Show Cause Hearing
- ☐ Evidentiary Hearing
- ☐ Judgment Debtor Exam
- ☐ Pretrial Conference
- ☐ Scheduling Conference
- ☐ Status Conference
- ☐ Settlement Conference
- ☐ Other: ___

**MOTIONS**

- ■ Motion **to Dismiss (doc. 21)** filed by ☐ Pla ■ Dft ■ granted ■ denied ☐ taken under advisement
- ☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
- ☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ ORAL Motion ___ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
- ☐ Brief(s) due ___    ☐ Proposed Findings due ___    Response due ___
- ☐ Status report due ___
- ☐ Hearing continued until ___ at ___

**NOTES**

For the reasons stated on the record, the motion to dismiss, doc. no. 21, is DENIED as to counts 1, 2, and 3 and GRANTED as to count 4.

The stay on discovery is lifted in light of this ruling. The parties shall meet, confer, and propose a new schedule to the Court.

Rev. 3/21/24